In the Matter of Max Epstein, Respondent, against Board of Regents of the University of the State of New York, Appellant.

Argued June 4, 1945; reargument ordered October 4, 1945.

Nathaniel L. Goldstein, Attorney-General (Henry S. Manley and Orrin G. Judd of counsel), for appellant.

I. Maurice Wormser and William Sadoff for respondent.

Reargument ordered. The court is particularly desirous to hear argument, and will receive briefs, on the question whether the stipulation for order absolute in this case is contrary to public policy. Case set down for argument during week beginning October 22, 1945.